**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOIS WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-4336 |
| | ) | |
| RDK VENTURES LLC., a Delaware | ) | Honorable Sunil R. Harjani |
| limited liability company Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RDK VENTURES LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through undersigned counsel, hereby notifies this Honorable Court that the Parties

have resolved the matter and voluntarily dismisses Defendant RDK Ventures LLC. under Fed. R.

Civ. P. 41(a)(1)(A)(i) with prejudice.

.

Dated: October 3, 2025                           Respectfully submitted,

                                CASS LAW GROUP, P.C.

                                By: */s/ Angela C. Spears*
                                Angela C. Spears
                                CASS LAW GROUP, P.C.
                                20015 S. LaGrange Rd #1098
                                Frankfort, IL 60423
                                T: (872) 329-4844
                                E: aspears@casslawgroup.com

                                *Counsel for Plaintiff*

1